Gregg A. Paradise
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:  908.654.5000
Fax: 908.654.7866

*Attorneys for Third-Party Plaintiffs Prince & Portnoi,*
*Andrew S. Prince, and Mitchell H. Portnoi*

**Document Filed Electronically**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS CARROLL BLAUVELT, LLC, | : |
| | : Civil Action No.14-4034-WHW-CLW |
| Plaintiff, | : |
| v. | : District Judge William H.Walls |
| | : Magistrate Judge Cathy L. Waldor |
| PRINCE & PORTNOI, ANDREW S. PRINCE, | : |
| MITCHELL H. PORTNOI, and TOBIN | : |
| KESSLER GREENSTEIN CARUSO | : |
| WIENER & CONRAY, P.C., | : |
| | : |
| Defendants. | x |
| PRINCE & PORTNOI, ANDREW S. PRINCE, | : |
| and MITCHELL H. PORTNOI, | : |
| | : |
| Third-Party Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| PC VISIONS INC. and JOE KORMAN, | : |
| | : |
| Third-Party Defendants. | : |
| | x |

### RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL
### OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE

Third-Party Plaintiffs Prince & Portnoi, Andrew S. Prince, and Mitchell H. Portnoi, through their attorneys, Lerner, David, Littenberg, Krumholz & Mentlik, LLP, pursuant to

2

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the third-party complaint against Third-Party Defendants PC Visions Inc. and Joe Korman without prejudice, the Third-Party Defendants having not yet served an answer or motion for summary judgment.

                                     LERNER, DAVID, LITTENBERG,
                                       KRUMHOLZ & MENTLIK, LLP
                                 *Attorneys for Third-Party Plaintiffs*
                                 *Prince & Portnoi, Andrew S. Prince,*
                                 *and Mitchell H. Portnoi*

Dated: September 10, 2014        By: s/ Gregg A. Paradise
                                                  Gregg A. Paradise
                                                  Tel: 908.654.5000
                                                  E-mail: GParadise@ldlkm.com
                                                                    Litigation@ldlkm.com