

William J. Pinilis
wpinilis@ConsumerFraudLawyer.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

September 26, 2014

Via Electronic Filing

Honorable William H. Walls, U.S.D.J.
United States District Court for the
 District of New Jersey
50 Walnut Street; Chambers 4D
Newark, NJ 07102

   Re: Thomas Carroll Blauvelt, LLC v. Prince & Portnoi, et als.
     Docket No. 14-cv-4034 (WHW/CLW)
     File No. 11863

Dear Judge Walls:

  I am pleased to advise that the parties have amicably resolved this matter. Accordingly, Plaintiff wishes to dismiss the matter with prejudice.

  Enclosed is a proposed form of Stipulation and Order Dismissing Action With Prejudice. If same is acceptable to the court, kindly execute same.

  Thank you for Your Honor's courtesies.

                Respectfully submitted,

                William J. Pinilis

WJP/km
Enclosure
cc: Gregg A. Paradise, Esq. (*via* ECF)
   Gregory J. Irwin, Esq. (*via* ECF)
   Thomas C. Blauvelt, Esq. (Email: tcb@tcbllc.com)

PINILISHALPERN, LLP
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Tel: (973) 401-1111
Fax: (973) 401-1114
Attorney for Plaintiff
THOMAS CARROLL BLAUVELT, LLC
File No. 11863

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS CARROLL BLAUVELT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRINCE & PORTNOI; ANDREW S. PRINCE; MITCHELL H. PORTNOI; and TOBIN KESSLER GREENSTEIN CARUSO WIENER & KONRAY, P.C. <br><br> Defendants. | Civil Case No. 14-cv-4034 (WHW/CLW) <br><br> *Civil Action* <br><br> STIPULATON AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntary dismissed, with prejudice against the Defendants, Prince & Portnoi, Andrew S. Prince, Mitchell H. Portnoi, and Tobin Kessler Greenstein Caruso Wiener & Konray, PC.

_____
William J. Pinilis
PINILISHALPERN, LLP
Counsel for Plaintiff
THOMAS CARROLL BLAUVELT, LLC

_____
Gregg A. Paradise, Esq.
LERNER DAVID LITTENBERG et als.
Counsel for Defendants
ANDREW S. PRINCE; MITCHELL H. PORTNOI; and TOBIN KESSLER GREENSTEIN CARUSO WIENER & KONRAY, PC

_____
Gregory J. Irwin, Esq.
HARWOOD LLOYD, LLC
Counsel for Defendant
PRINCE & PORTNOI

SO ORDERED:_____
                      Hon. William H. Walls, USCJ