# CLOSE

PINILISHALPERN, LLP
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Tel: (973) 401-1111
Fax: (973) 401-1114
Attorney for Plaintiff
THOMAS CARROLL BLAUVELT, LLC
File No. 11863

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS CARROLL BLAUVELT, LLC, | Civil Case No. 14-cv-4034 (WHW/CLW) |
| | *Civil Action* |
| Plaintiff, | |
| v. | STIPULATON AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| PRINCE & PORTNOI; ANDREW S. PRINCE; MITCHELL H. PORTNOI; and TOBIN KESSLER GREENSTEIN CARUSO WIENER & KONRAY, P.C. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntary dismissed, with prejudice against the Defendants, Prince & Portnoi, Andrew S. Prince, Mitchell H. Portnoi, and Tobin Kessler Greenstein Caruso Wiener & Konray, PC.

_____
William J. Pinilis
PINILISHALPERN, LLP
Counsel for Plaintiff
THOMAS CARROLL BLAUVELT, LLC

_____
Gregg A. Paradise, Esq.
LERNER DAVID LITTENBERG et als.
Counsel for Defendants
ANDREW S. PRINCE; MITCHELL H. PORTNOI; and TOBIN KESSLER GREENSTEIN CARUSO WIENER & KONRAY, PC

_____
Gregory J. Irwin, Esq.
HARWOOD LLOYD, LLC
Counsel for Defendant
PRINCE & PORTNOI

BY THE COURT

SO ORDERED:_____
Hon. William H. Walls, USCJ